RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsleymicheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YENDY HERNANDEZ HERNANDEZ, and PRISCILA FERREIRA CAPUA, individuals,<br><br>Plaintiff,<br><br>vs.<br><br>ANEURIS ENRIQUE CURIEL, an individual; AVILA'S TOWING LLC, d/b/a JM CLEANING SERVICES, a corporation; DOE DRIVERS I-V; DOE OWNERS I-V, ROE EMPLOYER, and ROE COMPANIES,<br><br>Defendants. | Case No:  2:18-cv-02354-RFB-PAL |

## **NOTICE AND REQUEST FOR COURT ACTION**

NOTICE IS HEREBY GIVEN that Defendants are requesting a correction for the filing under Doc. 35 (Notice of Withdrawal of Doc 31) [Defendant's Emergency Motion to Amend Answer to Confirm to Evidence, Assert Counterclaim and Affirmative Defenses].  The actual withdrawal was meant to withdraw Doc. 32 [Defendants' Emergency Motion to Extend Discovery (Fourth Request)].

This Notice and request for Court is made and based upon the Points and Authorities cited herein.

/ / /

/ / /

/ / /

## POINTS AND AUTHORITIES

### History of Filings

On January 23, 2020, Defendants filed their Emergency Motion to Amend Answer to Conform to Evidence, Assert Counterclaim and Affirmative Defenses [Doc 31].

On January 23, 2020, immediately thereafter, Defendants filed their Emergency Motion to Extend Discovery (Fourth Request) [Doc. 32].

On January 24, the Court issued the following Minute Order:

> The court has reviewed ECF Nos. 31 and 32 and determined that they will not be considered on an emergency basis. IT IS THEREFORE ORDERED that responses and replies are due in the ordinary course.

On February 26, 2020, Plaintiffs filed a Limited Opposition to Defendant's Emergency Motion to Extend Discovery [Doc. 34].

On February 23, 2020, Defendants' counsel instructed its legal staff to file a Notice of Withdrawal of the Emergency Motion to Extend Discovery. However, the legal staff member, simply re-filed the Motion to Amend Answer to Conform to Evidence, Assert Counterclaim and Affirmative Defenses, and titled it Withdrawal of [31] Motion to Amend Answer to Conform to Evidence, Assert Counterclaim and Affirmative Defenses, and titled it Withdrawal of [31] Motion to Amend Answer (as evidenced by Exhibit "A" which is filed stamped right over Doc. 31 with Doc. 35 stamp).

On Tuesday, March 24, 2020, counsel received the Court's Minute Order setting Doc 32, Defendant's Emergency Motion to Extend Time for hearing on April 8, 2020, and it was at that time the mistake was caught by the undersigned.

### REQUEST FOR ACTION BY THE COURT

There was an inadvertent mistake by defense counsel. Specifically, defense counsel was unaware of the fact that her legal staff inadvertently filed a document (the wrong motion of two contemporaneously filed motions), and effectively withdrew the wrong motion. Specifically, Defendants' Motion to Extend Discovery should have been withdrawn - ***not*** Motion to Amend. It is believed the inadvertent mistake was made due to the two motions filed contemporaneously

(Motion to Extend Discovery and Motion to Amend).

On the basis of inadvertence, defense counsel is respectfully requesting the Court allow counsel to correct the mistake, and allow Defendants to withdraw the Motion (and recent hearing setting) on the Motion to Extend Discovery, which was Defendants' original intention. Further, counsel would respectfully request that the Court allow counsel to place the Motion to Amend back on calendar for the Court's consideration, which was Defendants original intention.

Counsel respectfully requests the Court entertain these requests to effectuate Defendants' original intent with respect to the withdrawal of the Motion to Continue Discovery (with inadvertent confusion due to filing of the concurrent motions by defense counsel staff) in the manner which the Court deems appropriate. Counsel is requesting that, if possible and in the interest of judicial economy, the hearing scheduled for April 8, 2020 go forward with respect to Doc 31 (Motion to Amend). Counsel further advises the Court that based on prior conversations with counsel for Plaintiffs, Steve Lewis, Plaintiffs did not intend to oppose the Motion to Amend.

DATED this ___27th___ day of March, 2020.

**IT IS ORDERED that ECF No. 32 is withdrawn.**

**IT IS FURTHER ORDERED that the hearing scheduled for 4/8/2020 on ECF No. 32 is VACATED.**

**IT IS FURTHER ORDERED that the court will consider ECF No. 31, as it was withdrawn in error.**

**IT IS FURTHER ORDERED that ECF No. 31 is GRANTED under LCR 47-3.**

**IT IS SO ORDERED**

**DATED: March 30, 2020**

DENNETT WINSPEAR, LLP

By____/s/ Ryan L. Dennett_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bat No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendants*

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of DENNETT WINSPEAR, LLP, and that on the ___27th___ day of March, 2020 the foregoing ***NOTICE AND REQUEST FOR ACTION*** was served upon the parties via CM/ECF system to the following parties:

Sandy Van, Esq.
Nevada Bar No. 010785
1290 S. Jones Blvd.
Las Vegas, Nevada 89146
Telephone: (702) 529-1011
Facsimile: (702) 852-5760
**Attorneys for Plaintiffs,
Yendy Hernandez Hernandez
and Priscila Ferreira Capua**

                                                /s/ Theresa Amendola
                                                An Employee of DENNETT WINSPEAR, LLP