```
 1  RYAN L. DENNETT, ESQ.
    Nevada Bar No. 005617
 2  rdennett@dennettwinspear.com
    JENNIFER INSLEY MICHERI, ESQ.
 3  Nevada Bar No. 10089
    jinsley-micheri@dennettwinspear.com
 4  DENNETT WINSPEAR, LLP
    3301 N. Buffalo Drive, Suite 195
 5  Las Vegas, Nevada  89129
    Telephone:   (702) 839-1100
 6  Facsimile:   (702) 839-1113
    Attorneys for Defendants/
 7  Counterclaimants
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YENDY HERNANDEZ HERNANDEZ, and PRISCILA FERREIRA CAPUA, individuals,<br><br>             Plaintiff,<br><br>vs.<br><br>ANEURIS ENRIQUE CURIEL, an individual; AVILA'S TOWING LLC; DOE DRIVERS I-V; DOE WONERS I-V, ROE EMPLOYER, and ROE COMPANIES,<br><br>             Defendants. | Case No:  2:18-cv-02354-RFB-BNW<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ANEURIS ENRIQUE CURIEL, an individual; AVILA'S TOWING LLC,<br><br>             Counterclaimants,<br><br>vs.<br><br>YENDY HERNANDEZ HERNANDEZ,<br><br>             Counterdefendant. | |

   IT IS HEREBY STIPULATED AND AGREED by Plaintiffs YENDY HERNANDEZ HERNANDEZ and PRISCILA FERREIRA CAPUA, by and through their counsel of record, JOSEPH M. ORTUNA ESQ., of the law firm of VAN LAW FIRM and Defendants ANEURIS ENRIQUE CURIEL and AVILA'S TOWING LLC, by and through their counsel of record RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP that the within matter be

1  dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

2  DATED: 9/23/2020                           DATED: 9-28-2020

3  **VAN LAW FIRM**                           **DENNETT WINSPEAR, LLP**

5  By /s/ Joseph Ortuno                       By _____
   JOSEPH M. ORTUNO, ESQ.                     RYAN L. DENNETT, ESQ.
   Nevada Bar No. 11233                       Nevada Bar No. 005617
6  1290 S. Jones Blvd.                        3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89106                   Las Vegas, Nevada  89129
7  Telephone:  (702) 529-1011                 Telephone:   (702) 839-1100
   Facsimile:  (702) 852-5760                 Facsimile:   (702) 839-1113
8  **Attorneys for Plaintiffs**               **Attorneys for Defendants**

**ORDER**

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of September, 2020.

Submitted by:

**DENNETT WINSPEAR, LLP**

By _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
**Attorneys for Defendants**

2